**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------- x
AMANIE RILEY, on behalf of herself and all : Case no.7:25-cv-720
others similarly situated, :
 :
        Plaintiffs, :
 : **NOTICE OF VOLUNTARY**
        v. **DISMISSAL WITH**
 **PREJUDICE**
Universal Brands, LLC, :
 :
        Defendant. :
 :
 :
 :
 :
 :
---------------------------------- x

**PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: March 4, 2025

        EQUAL ACCESS LAW GROUP, PLLC
        *Attorneys for Plaintiff*

        **/s/ *Asher H. Cohen***
        By: Asher H. Cohen, Esq.
        68-29 Main Street,
        Flushing, NY 11367
        Tel: +1 (718) 914-9694
        Email: acohen@ealg.law